JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO VILLACANA GARCILAZO (A# 221-462-295), | ) ) ) | Case No. 5:26-cv-02914-KJM |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) ) | |
| MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; ET AL., | ) ) ) ) | |
| Respondents. | ) ) | |
| _____ | ) | |

## JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 9), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is granted.  Respondents report that Petitioner has been released from custody (ECF No. 10).  The Court thus DIRECTS the Clerk of Court to close the case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 16, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

*Garcilazo v. Mullin, et al.*, Case No. 5:26-cv-02914-KJM; Order Granting Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241